Charles BICE, Executor of the Estate of Martha Bice, deceased, Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellant.

No. 2009–5028.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2009.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42(b).

DIGITAL SPECTRUM SOLUTIONS, INC., Plaintiff–Appellant,

v.

EASTMAN KODAK COMPANY, Defendant–Appellee,

and

Atico International USA, Inc., and Target Corporation, Defendants–Appellees,

and

Westinghouse Digital Electronics LLC, Defendant–Appellee.

Nos. 2008–1326, 2008–1327, 2008–1328, 2009–1131.

United States Court of Appeals, Federal Circuit.

Feb. 13, 2009.

ON MOTION

### *ORDER*

Upon consideration of the joint motion to voluntarily dismiss these appeals,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.